

# ABRAMS ☒ FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

**Attorneys at Law**
1 MetroTech Center, Suite 1701
Brooklyn, New York 11201
Telephone: (718) 215-5300
Fax: (718) 215-5304
www.abramslaw.com

November 29, 2019

*SO ORDERED*

*The December 5, 2019 conference is adjourned to February 13, 2020 at 9:45 a.m.*

**VIA ECF**
Hon. George B. Daniels,
United States District Judge,
Southern District of New York
500 Pearl Street—Room 1310
New York, New York 10007

DEC 0 2 2019

HON. GEORGE B. DANIELS

Re: Willford v United Airlines, Inc. Docket No.18-cv-01060 (GBD)

Dear Judge Daniels:

Attached hereto is our letter dated today to Magistrate Judge Katherine Parker requesting an adjournment of the next discovery conference scheduled before the Magistrate for December 9, 2019, as well as an extension for the end of fact discovery, currently set for the end of November, until January 14, 2020.

As explained in the letter to Judge Parker, I regret to say that the reason for this request is the medical condition of the undersigned, culminating in heart surgery scheduled for December 13th. There are some further details contained in the attached letter. This request is being made with the consent of defendant's counsel.

By order dated October 8, 2019 (Docket No. 69), the Court referred this case for assignment to a Magistrate Judge for, among other things, General Pretrial matters. Notwithstanding, since it was Your Honor that set the end date of the discovery, we are also making the discovery extension request by this letter. There is also a status conference before Your Honor scheduled for December 5, 2019, which we also request to be adjourned either to a date convenient to the Court, or sine die under the circumstances and in view of the reference to the Magistrate.

Thank you for your consideration of the above.

Respectfully,

Mark L. Furman