# ABRAMS ⒶⒻ FENSTERMAN

### Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

Attorneys at Law
1 MetroTech Center, Suite 1701
Brooklyn, New York 11201
Telephone:  (718) 215-5300
Fax:  (718) 215-5304
www.abramslaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___01/15/2020___
```

January 13, 2019

**VIA ECF**

Magistrate Judge Katherine Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Willford v. United Airlines Inc.*
Case No. 18-cv-1060

Dear Judge Parker,

I am obliged to make this letter motion for a further, albeit brief extension of the end date for discovery and an adjournment of the  presently scheduled conference for January 21, 2020 (Docket No.92) .

The reason for the request, I regret to say, is that my recovery from heart surgery has been a  rocky one and still going on, so much so that I now have to undergo an adjunct cardiac procedure in the Hospital at the earliest possible date per their schedule, which is coincidentally the same date as the previously scheduled conference  January 21.

The court should know, however, that during this past interval parties have by no means been idle. Depositions have gone forward, further documents exchanged and in fact as of this writing there is a third-party deposition going on with one of my partners in my stead.  However, there are other aspects of the case including particular depositions with which I have the greatest familiarity, and document issues which most efficiently left to the undersigned.

As of this date, assuming that things begin to go smoothly soon, I would anticipate that the parties will need an additional three weeks from the end date of discovery which is currently January 14, am thereby requesting a discovery end on or about February 4 with a conference scheduled to take place with the Court the following week.

It was my intention to file this letter before close of business today. However, because of other counsel's unavailability as to the specific date (consent to an extension was already agreed)

as of this hour, the filing may have to await tomorrow a.m.

We thank Your Honor for consideration of the above request.

Respectfully submitted,


ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN FORMATO, FERRARA, WOLF &
CARONE, LLP


By: _____/s/_____

Mark L. Furman
*Attorneys for Plaintiff*
One Metro Tech Center, Suite 1701
Brooklyn, NY 11201Tel: (718) 215-5300
mfurman@abramslaw.com


A status conference in this matter is hereby scheduled for **February 19, 2020 at 3:00 p.m.**

The deadline for discovery is extended to **February 4, 2020.**

**SO ORDERED:**

01/15/2020

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE