# ABRAMS ⬛ FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

Attorneys at Law
1 MetroTech Center, Suite 1701
Brooklyn, New York 11201
Telephone: (718) 215-5300
Fax: (718) 215-5304
www.abramslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 12 2020

February 11, 2020

**VIA ECF**
Hon. George B. Daniels,
United States District Judge,
Southern District of New York
500 Pearl Street—Room 1310
New York, New York 10007

FEB 1 2 2020

SO ORDERED

The initial conference scheduled for February 18, 2020 is adjourned to May 26, 2020 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: <u>Willford v United Airlines, Inc.</u> Docket No.18-cv-01060 (GBD)

Dear Judge Daniels:

As the Court may recall, we represent Heidi Celeste Willford, Plaintiff flight attendant herein a former flight attendant who was wrongful termination case against United Airlines, Inc. ("UAL counsel")

We write to request on behalf of both sides an adjournment of the status conference scheduled for February 13, 2020. The reason for the request is that on or about October 8, 2019, Your Honor had referred the case for general pretrial purposes to Magistrate Judge Katharine Parker, who has been managing the discovery progress since that time. There is another, conference before Magistrate Parker scheduled for February 19, 2019, which may indeed be the final discovery conference, and, if so, after which, it may be more judicially economical for your Honor to hold the contemplated status conference. Judging from the state of the discovery, it strikes us that said conference might be held anytime convenient for the Court after the third week in March, 2020.

We thank the Court for its consideration of the above.

Respectfully,

Mark L. Furman