UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HEIDI WILLFORD, *a/k/a* CELESTE WILLFORD,

                Plaintiff,

-against-

UNITED AIRLINES, INC.,

                Defendant.

------------------------------------- x

ORDER

18 Civ. 1060 (GBD) (KHP)

GEORGE B. DANIELS, District Judge:

    The May 26, 2020 initial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Parker for General Pretrial.

Dated: May 5, 2020
      New York, New York

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE