Kirsten McCaw Grossman, Esq.
**NUKK-FREEMAN & CERRA, P.C.**
Chatham Executive Center
26 Main Street, Suite 202
Chatham, New Jersey 07928
Tel.: (973) 665-9100
Fax: (973) 665-9101
*Attorneys for Defendant*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 17 2021

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HEIDI WILLFORD a/k/a CELESTE WILLFORD**<br><br>Plaintiff,<br><br>- against -<br><br>**UNITED AIRLINES, INC.,**<br><br>Defendant. | Civil Action No: 1:18-CV-01060-GBD-KHP |

### ▬▬▬▬ ORDER TO SEAL CONFIDENTIAL DOCUMENTS ATTACHED AS EXHIBITS D, H, I, T, W, Z, AB, AND AC TO DEFENDANT UNITED AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT

This motion having been brought before this Court by way of the Defendant United Airlines, Inc. ("United" or "Defendant"), through its counsel Nukk-Freeman & Cerra, P.C., for an order granting Defendant's Motion to Seal Exhibits D, H, I, T, W, Z, AB, and AC to Defendant's Motion for Summary Judgment ("Motion to Seal"); and the Court having reviewed all of the papers submitted in support of this motion; and for good cause shown;

**IT IS** on this _7th_ day of _February_, _2021_

**ORDERED** that Defendant's Motion to Seal is **GRANTED**; and it is further

**ORDERED** that the Clerk is directed to permanently seal Exhibits D, H, I, T, W, Z, AB, and AC to Defendant's Motion for Summary Judgment (D.E. 121)

FEB 17 2021

_George B Daniel_
THE HONORABLE GEORGE B. DANIELS

2