UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
HEIDI WILLFORD a/k/a CELESTE WILLFORD,

                Plaintiff,

    -against-

UNITED AIRLINES, INC.,
                Defendant.
----------------------------------------x

Civil Action No: 1:18-CV-01060-GBD-KHP

### [PROPOSED] ORDER TO SEAL CERTAIN CONFIDENTIAL DOCUMENTS ATTACHED AS EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANT UNITED AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT

This motion having been brought before this Court by way of the Plaintiff Celeste Willford ("Plaintiff"), by and through her counsel **ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP,** for an Order granting Plaintiff's Motion to Seal (i) Plaintiff's Declaration and the exhibits thereto, and (ii) Exhibits 3, 4, 5, 6, 7, 8, 12, 15, 16, 20, 23, 24, 25, 26, 28, 29, 30, 31, 35, 36, 37, 39, 41, 42, and 43 to the Furman Declaration submitted with Plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Motion to Seal"); and the Court having reviewed all of the papers submitted in support of this motion; and for good cause shown;

**IT IS** on this 25th day of March, 2021

**ORDERED** that Plaintiff's Motion to Seal is GRANTED; and it is further

**ORDERED** that the Clerk is directed to permanently seal (i) Plaintiff's Declaration and the exhibits thereto, and (ii) Exhibits 3, 4, 5, 6, 7, 8, 12, 15, 16, 20, 23, 24, 25, 26, 28, 29, 30, 31, 35, 36, 37, 39, 41, 42, and 43 to the Furman Declaration.

_George B. Daniels_
THE HONORABLE GEORGE B. DANIELS