Kirsten McCaw Grossman, Esq.
**NUKK-FREEMAN & CERRA, P.C.**
Chatham Executive Center
26 Main Street, Suite 202
Chatham, New Jersey 07928
Tel.: (973) 665-9100
Fax: (973) 665-9101
*Attorneys for Defendant*



### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HEIDI WILLFORD a/k/a CELESTE WILLFORD**<br><br>Plaintiff,<br><br>- against -<br><br>**UNITED AIRLINES, INC.,**<br><br>Defendant. | Civil Action No: 1:18-CV-01060-GBD-KHP |

### [PROPOSED] ORDER TO SEAL CONFIDENTIAL DOCUMENTS ATTACHED AS EXHIBITS AG, AI, AJ, AND AK TO DEFENDANT'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

This motion having been brought before this Court by way of the Defendant United Airlines, Inc. ("United" or "Defendant"), through its counsel Nukk-Freeman & Cerra, P.C., for an order granting Defendant's Motion to Seal Exhibits AG, AI, AJ, and AK to Defendant's Reply Brief in Further Support of its Motion for Summary Judgment ("Motion to Seal"); and the Court having reviewed all of the papers submitted in support of this motion; and for good cause shown;

**IT IS** on this ___12___ day of ___April___, __2021__

(ECF No. 147)

**ORDERED** that Defendant's Motion to Seal is **GRANTED**; and it is further

**ORDERED** that the Clerk is directed to permanently seal Exhibits AG, AI, AJ, and AK to Defendant's Reply in Further Support of its Motion for Summary Judgment (D.E. 146)

APR 1 2 2021

_____
THE HONORABLE GEORGE B. DANIELS