UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
HEIDI WILLFORD a/k/a Celeste Willford,

                     Plaintiff,

   -against-                                ORDER

UNITED AIRLINES, INC.,               18 Civ. 1060 (GBD)

                   Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The Court will hear oral argument on Defendant's Motion for Summary Judgment, (ECF No. 121), on June 24 at 10:30 a.m.

Dated: April 20, 2021
       New York, New York

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE