# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HEIDI WILLFORD a/k/a Celeste Willford,

                    Plaintiff,                      18 **CIVIL** 1060 (GBD)

      -against-                      **JUDGMENT**

UNITED AIRLINES, INC.,

                    Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 7, 2021, Defendants' motion for summary judgment dismissing Plaintiff's claims, (ECF Nos. 121, 123) is granted; accordingly, the case is closed.

**Dated:** New York, New York
          September 8, 2021

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                                   **Clerk of Court**
                                        **BY:**
                                                                     **Deputy Clerk**